IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| **FERNANDO DIAZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1259-MHT |
| | ) | (WO) |
| **LEEPOSEY DANIELS, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 16) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of February, 2017.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**